DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COURTNAY MONTGOMERY,**
Appellant,

v.

**THE NORTHERN TRUST COMPANY** and **HILDA SANTANA,** as Co-Trustees of the Mary M. Montgomery Trust Dated July 28, 2006, as amended, and **JOHN CRAMER** and **JOHN NEASON,** as Co-Guardians of Mary M. Montgomery,
Appellees.

No. 4D17-1346

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502016CC008541XXXXNB.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., Palm Beach Gardens, for appellant.

Andrew A. Harris and Philip Burlington of Burlington & Rockenbach, P.A., West Palm Beach, Joseph John Farina of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, Edward Downey and R. Lee McElroy IV, of Downey McElroy, P.A., Palm Beach Gardens, Kathryn Lewis Perrin of Kitroser & Associates, North Palm Beach, and Lawrence J. Miller and Sean M. Lebowitz of Gutter Chaves Josepher Rubin Forman Fleisher Miller, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***